# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                                          Case No. 12-12951
                                                                Hon. Gerald E. Rosen

BARBARA ANN STALEY,
                                                                Bankruptcy Case No. 12-49068
    Debtor.                                     Hon. Phillip J. Shefferly
_____/                                 Chapter 13

## ORDER OF DISMISSAL

By order dated October 26, 2012, the Court directed Debtor Barbara Ann Staley to show cause in writing why this appeal should not be dismissed for lack of compliance with Bankruptcy Rule 8009(a)(1) and for failure to pay the required appellate filing fee. Debtor has not responded to this order or otherwise taken any action to pursue this appeal. Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-captioned appeal is DISMISSED.


Dated: November 27, 2012                    s/Gerald E. Rosen
                                            Chief Judge, United States District Court


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 27, 2012, by electronic and/or ordinary mail.

                      s/Julie Owens
                      Case Manager